IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| KATHY V. WILLIAMS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN E. POTTER, POSTMASTER GENERAL, )<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. )<br>_____) | CIVIL ACTION<br><br>No. 02-2568-KHV |

**ORDER**

Kathy Williams, *pro se*, brought suit against John E. Potter, Postmaster General of the United States Postal Service ("USPS"), alleging that the USPS discriminated against her on the bases of race, sex, religion and disability, and retaliated against her for protected activity, in violation of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e et seq., and the Vocational Rehabilitation Act of 1973 ("Rehabilitation Act"), 29 U.S.C. § 791, 794. The Court granted summary judgment for defendant. Plaintiff appealed and the Tenth Circuit affirmed. Williams v. Potter, 149 Fed. Appx. 824 (10th. Cir., Sept. 29, 2005).

This matter comes before the Court on plaintiff's Motion For Review (Doc. #114) filed December 19, 2005. Plaintiff asks the Court to (1) deny the costs which the Clerk of Court taxed to plaintiff and (2) reconsider her claims of discrimination based upon all of the evidence. Defendant responds that it is entitled to the costs awarded under Fed. R. Civ. P. 54(d). Defendant also points out that the law of the case prevents plaintiff from re-litigating her prior claims. See Arizona v. California, 460 U.S. 605, 618 (1983).

For substantially the reasons set forth in defendant's response, the Court finds that plaintiff's <u>Motion For Review</u> (Doc. #114) filed December 19, 2005 should be and hereby is **OVERRULED**.

**IT IS SO ORDERED**.

Dated this 22nd day of February, 2006 at Kansas City, Kansas.

<u>s/Kathryn H. Vratil</u>
Kathryn H. Vratil
United States District Judge